UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **FILED UNDER SEAL** |
| v. ) | |
| ) | M.J./Court No. 16mj7218-JCB |
| ELIZABETH P. GURRIERI, ) | |
| also known as, ) | |
| ELIZABETH WISE ) | |
| ) | |
| Defendant. ) | |

## GOVERNMENT'S MOTION TO SEAL

The United States of America, by its attorneys Carmen M. Ortiz, United States Attorney for the District of Massachusetts, and Assistant United States Attorneys K. Nathaniel Yeager and Susan Poswistilo, hereby respectfully request that the Court seal this Motion and the Affidavit of Special Agent Paul S. Baumrind, Federal Bureau of Investigation (FBI), in Support a Complaint until further order of the Court. As grounds for this Motion, the government states that public disclosure of these materials might jeopardize this ongoing investigation.

The United States further moves, pursuant to General Order 06-05, that the United States Attorney, through undersigned counsel, be provided copies of all sealed documents that the United States has filed in this matter.

Respectfully submitted,

CARMEN M. ORTIZ
UNITED STATES ATTORNEY

By: /s/
K. NATHANIEL YEAGER
SUSAN POSWISTILO
Assistant United States Attorneys
John Joseph Moakley Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210

Dated: October 12, 2016

Date: _____

U.S. Chief Magistrate Judge Jennifer C. Boal